# IN THE U.S. DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | § | |
|---|---|---|
| VAN THI-HANH TRINH, | § | |
| **Defendant** | § | **CASE NO.** _____ |
| | § | |
| v. | § | |
| | § | **FORMER CASE NO.: C-1-CR-25-214147** |
| STATE OF TEXAS | § | TRAVIS COUNTY COURT # 9 |
| **Plaintiff** | § | AUXILIARY CRIMINAL COURT/CAFA |
| | § | ROOM 1.218 CJC |
| | § | |

United States Courts
Southern District of Texas
FILED
DEC 12 2025
Nathan Ochsner, Clerk of Court

## DEFENDANT'S 2ND AMENDED NOTICE OF REMOVAL OF CRIMINAL PROSECUTION TO FEDERAL COURT, CANCELLING THE APPOINTED ATTORNEY REQUEST, REQUEST FOR UNSEAL THE CRIMINAL PROSECUTION & MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Van Thi-Hanh Trinh (AKA "Van Trinh", **a female**), appearing Pro-Se, hereby would like to: **(1)** cancel the Court Appointed Attorney; **(2)** files this second Amended Notice Of Removal of the above-captioned state criminal prosecution, to the United States District Court for the Southern District of Texas – Houston Division; **(3)** requests for UNSEAL the Criminal Prosecution, including all motions. Herein, Defendant set forth the following grounds for removal:

---

### A. BASIS FOR REMOVAL, CANCEL THE APPOINTED ATTORNEY

---

## BASIC REMOVALS

1. Removal is proper under: Constitutional Rights, The Fourth Amendment; this removal is brought pursuant to 28 U.S.C. §§ 1443(1) and 1455, which permit removal of a state criminal case to federal court when a defendant cannot enforce in state court a right under any law providing for equal Civil Rights.

2. Defendant asserts that the state prosecution for "criminal trespass" is retaliatory, targeting

Defendant for engaging in federally protected activities, including:

   a. Exercising the right to access public place—a Social Security Administration ("SSA") Field Office for lawful purposes;

   b. Reporting misconduct, discrimination, or violations of Civil Rights;

   c. Engaging in free speech protected under the First Constitutional Amendment.

3. Removal is necessary because the state court cannot or will not protect Defendant's federally guaranteed rights. In which also arise a violation of 18 U.S.C. § 241: Conspiracy Against Rights, for arresting Defendant on November 26, 2025 in such situation and circumstance, whereas the Austin Police Officer has also failed to protect Defendant, under the justice law in which authority he was given under oaths.

4. Most importantly, the criminal prosecution for "criminal trespass" was repeatedly and abusively occurred surrounding and intrinsically linked to Defendant's Congestive Heart Failure since November 2024, in which has been aggravating more damages to the heart, as well as brutally inducing and terminating all of the chances that blocking Defendant from obtaining the heart treatment, nor a true diagnosed to recoup Defendant's well-beings. Instead, the wrongful "criminal trespass" arrestings pattern occurred repeatedly and wrongfully to effectuate more damages to Defendant's Heart Failure.

5. Especially this irreparable damage of Congestive Heart Failure resulted from an intentional tort of Defendant was being used as a lab-rat ILLEGALLY by the perpetrator, due to racketeer corruption, which was also invoke the Federal Tort Claim Act, a source core for Civil Action No. 24-cv-01231. In which was pending for the U.S. Court of Appeal for the Fifth Circuit's Judge to review and adjudicate Defendant's "EMERGENCY PETITION FOR WRIT OF MANDAMUS, SEEKING (1) URGENT MEDICAL EVALUATION & TREATMENT DUE TO CONGESTIVE HEART FAILURE STAGE 4 & (2) TO STOP THE ONGOING HUMAN RIGHT'S VIOLATIONS, ...." (exhibit # 1 ).

6. Furthermore, this time of wrongful arresting also invoked the 18 U.S.C. § 1513 - Retaliating against a witness, victim, or an informant because <u>the arrest and charges arise from a federal agency-- the Social Security (exhibit #8) Administration (SSA), whom was a Defendant of Defendant's Civil Action No. 4:24-cv-01997, in which was also pending for the U.S. Court of Appeal for the Fifth Circuit's Judge to review and adjudicate</u>

Defendant's "**EMERGENCY PETITION FOR WRIT OF MANDAMUS** DUE TO CRITICAL ILLNESS, ABUSIVELY MISUSING PETITIONER'S IDENTITY TO CONDUCT MONEY LAUNDERING BUSINESS..." (exhibit # _2_ ). Furthermore, SSA headquarter was in MD and Defendant in Texas, there's also a diversity matter arisen.

## CANCEL THE APPOINTED ATTORNEY

7. As a Result, Defendant is a resident of Harris County, TX, in which belonged to the federal judicial district of the U.S. District Court for Southern District of Texas. Whereas this criminal prosecution, **C-1-CR-25-214147, was intrinsically linked to** Defendant's Civil Actions: 4:24-cv-01231 and 4:24-cv-01997 were also pending at the U.S. District Court for Southern District of Texas _waiting the U.S._ Court of Appealing for the Fifth Circuit's Judge review and adjudicate Defendant's Amended Emergency Petition for Writ of Mandamus Against U.S. District & Magistrate Judges for remanding Defendant's cases to the state, _whose court was no longer having jurisdiction over Defendant's matters._

8. Additionally, the Court Appointed Attorney, _Ms. Hindera Cheryl_ only registered for practice in the Western District, and Defendant has been Pro-Se on these related Civil Cases in the U.S. District Court for Southern of Texas.

9. Therefore, with this motion for removal to federal request in place, Defendant seeks to cancel the Court Appointed Attorney, Ms. _Hindera Cheryl_, effective immediately.

---

## B. FACTUAL BACKGROUND SUPPORTING REMOVAL

---

10. For the past more than 4 years, being swamped in the ocean of crimes in relation to Defendant's identity being used to abuse the Defendant at various public sectors, hospitals, bank institutions, etc., especially right inside the Social Security Administration, Defendant has already exhausted all administrative remedies, as well as the local law enforcement, including the Federal Bureau of Investigation (FBI), U.S. Department of Defense, U.S. Marshall, U.S. Secret Services (USSS), etc.. Especially, the Department of Public Safety Chief advised Defendant to also seeking for help from a Civil Attorney, so do the District Attorney _Lt. William_ of Harris County Texas, when Defendant reported the related crimes at the time...

11. Through the discoveries in late 2024 (**exhibit #** _3_ ), Defendant has brought the State of Texas, FBI and others to Court, for involving in the Defendant's intentional torts, caused personal injures to Defendant, including an irreparable damage of Heart Failure Stage 4 that remains untreated as of present, started to aggravate damages to other organs. Especially Bastrop Police Officers was **wrongfully & abusively arrested**

**Defendant on March 10, 2025, on the same day Defendant was supposed to receive heart assessment results and treatment**. Other instances of warning arresting issuances, in November 2024, was also derived, and targeted at Defendant's Congestive Heart Failure, such as: warning arrest for a reason of Defendant slept inside my car at the hospital's parking garage, after being discharged prematurely with an cardiac symptoms detected on an Abnormal EKG, with a persistent of chest pain and shortness of breaths. Additionally, on January 2025, a warning arrest when Defendant addressed the fraud matter occurred on Defendant's Disability Application and sought for help, which was also targeted to block Defendant from obtaining the medical benefits & new identity, to properly obtain the heart treatment without being abused **MEDICALLY**.

**12.** Specifically, on November 26, 2025, Defendant arrived at the SSA Field Office, located at 5508 W Highway 290, Austin, TX 78735, to seeking for assistance with 2 items: **(a)** obtaining the latest 2 communications including phone messages, or letters that SSA has been sent to Defendant's home or have been left for defendant; phone message, and **(b)** submitting Defendant's appeal for SSA Disability Denial, FORM HA-501: REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE, with a deadline of November 29, 2025 (**exhibit # 4** ). When Defendant arrived and verified with the Security Guard if Defendant needed to check in for 2 different tickets or just one[1], a Security Guard, Mr. Freddy advised Defendant to check in only one ticket. Whereas he also responded that, Defendant was the only person in there and will be called shortly[2]. Especially he also mentioned, the door is closed at 4:00 P.M., as long as Defendant came to the office prior to 4:00 P.M., Defendant still would be served for Defendant's items...

**13.** **At about 3:48PM, Mr. Randy, Unit # AOB called Defendant's Ticket No. R884 to his Window # 4**, Defendant requested for the **last 2 communications from SSA**, including phone message and letters sending to Defendant's home. **Mr. Randy provided to Defendant 2 letters that Defendant has received in May 2025, in which was NOT the last 2 letters** that Defendant received at home in relation to Defendant's SSA Disability Application that Defendant in-person applied on November 26, 2024, which Defendant was assigned with a Case No. _1H 36 B 20 H_ , on around the end of April 2025, regardless Defendant numerous times submitted the requests & documents for escalation to a TERI case, due to Congestive Heart Failure, in which was also advised by a SSA Supervisor, Ms. Martin Hunt in January 2025.

**14.** Furthermore, as a result of R.I.C.O., Defendant was also being subjected for becoming a victim of mail fraud

---

[1] Houston Field Office only allow me to do one ticket
[2] It's very strange that when I arrived at around 3:40PM, I was the only person at the entire Social Security Administration Field Office + a Security Guard & a SSA Specialist, Mr. Randy Unit No. AOB.

since around 2019. Whereas Defendant's U.S. Postal mails were constantly being stolen, being opened and replaced with fraud mail content, etc. by the perpetrators due to racketeer corruptions; especially abusively using the U.S. Postal Mail System to conduct money laundering business, fraudulent changing Defendant's mortgage mailing address, fraudulent filed "foreclosure/bankruptcy..." against Defendant's home mortgage, etc., Defendant could not count on the U.S. Postal mails that Defendant received at home, but often have to in-person contacting the business entity to extract the communication for verification. In which was one of the 2 requests that Defendant came to SSA for assistance.

15. Defendant then asked Mr. Randy about Defendant's Disability Application's status letter, whereas Defendant received on early November 2025 which appeared as a fraud letter. Mr. Randy responded that **Defendant "did not have Disability Benefit", it was denied. Defendant asked about the denied communication, he then started acting furious out of the context...; as a result this denied letter of** in which was produced from an image, **Disability Benefit was a fraud letter, that dated October 29, 2025, and stated that he would bring for Defendant the letter, and he is done with Defendant**. Defendant addressed that Defendant came for 2 requests, and Defendant am still needing his help, he then shut down his window on Defendant, etc..

16. Mr. Randy's "fishy" business conduct clearly arbitrary, abused his authority, violated the SSA regulations/guidelines, did not carrying out SSA's standardization of practices on serving the citizen, in which also consisted of fraud engagement & concealment, especially his action of issuing a FRAUD DENIAL of Defendant's SSA Disability Benefit and handed to Defendant (**exhibit # 5**), followed with having a Security Guard to escort Defendant out of the SSA Field Office—a public place was an act of arbitration, which also consisted the matter of retaliation pursuant to **18 U.S.C. § 1513 - Retaliating against a witness, victim, or an informant.**.

17. Nevertheless, Mr. Randy's illegal act and outrageous conduct was disclosing a massive corruption within the SSA, that involved the arbitration and engaging in the illegal solicitation with the perpetrator to abusing the innocent citizen to gain the benefits, as well as concealment pursuant to 18 U.S.C. § 2017 – Concealment, removal or mutilation generally. Especially, by abusing the electronic system of the Social Security Administration to generate a fraud denied letter, was also an implication of defrauding the Healthcare System of the United States, In which was the same fashion and context to other SSA Specialists and Supervisors, who has been abusively misusing of Defendant's identity, to conduct the money laundering business in Houston and other locations that Defendant have been experiencing throughout of the United States. ; as well as invoked the Computer Abuse Act (CAA).

18. Most importantly, SSA issued a new second Social Security Number, and new SSN card without Defendant's consent, and abusively misusing it to conduct the money laundering business, by opening a Chase's Checking Account; performing a loan modification to Defendant's home mortgage; repeatedly requested for a mortgage paid-off quotes; having Defendant's mortgage forbearance payment sending to Chase's Mortgage Paying-Off Division; bringing the counsels to fraudulently representing Defendant on the lawsuit against JP Morgan Chase Bank, to fraudulently representing as Defendant's attorney to handling Defendant's Workers' Compensation Claim, etc., were all invoked federal offense of 18 U.S.C § 1028 – Fraud and related activity in connection with identification documents, authentication features, and 18 U.S.C § 1956 – Laundering of monetary Instruments, among other federal offenses. These fraud mortgage matters were also intrinsically linked to SSA's identity theft.

19. On November 26, 2025, Defendant stood up and fought for Defendant's rights, and addressing their failure of serving Defendant, and requested the security guard, Mr. Freddy to have a federal police officer to come and assist Defendant with the situation. Mr. Freddy called the local police, Travis County Police Officer, Maestas arrived at about 4:30PM. to arrest Defendant for trespassing. Defendant was ended up being arrested without any written warning besides verbal, especially without any proper investigations. Nevertheless, with Officer Maestas' present, Defendant re-addressed the 2 matters and 2nd sought Mr. Randy for a simple request of stamping Defendant's appealed paperwork on November 26, 2025, an importantly indication of Defendant comply with SSA's guideline and regulations for appealing within 30 days (Defendant's denial was issued on October 29, 2025), but Defendant's request was ignored, and Defendant was ended up being arrested for "criminal trespassed" to a public place-- a Social Security Administration. Whereas Defendant is an U.S. Citizen who has a legal rights allowing to enter to conduct the lawful purposes DURING BUSINESS HOURS, especially to conduct a second request of submitting an appeal paperwork that was instructed by the Social Security Administration. regardless all of the ligitimate requests, and Civil Rights matters arise & addressed in the between.

20. The arresting was wrongfully and abusively once again that was also involved the local law enforcement, especially Defendant have a legal claim against the State of Texas. Whereas, Defendant also prosecuted the matter of wrongfully arrested Defendant on March 10, 2025, etc., that was pending for the Chief of Circuit Judge of the U.S. Court of Appeal for the Fifth Circuit, Case No. 25-20505 review & adjudicate.

21. The wrongful arrest was not only once again invoked the retaliation, fraudulent concealment of the Social Security Administration on covering their illegal acts on abusing, and endangering Defendant's life, as well as defrauding the Healthcare System of the United States, violating Defendant's Civil Rights for did not carry out its standard of practices and regulations. But also abusively misused their authorities, abused its discrete

and arbitrary to decisively having Defendant arrested, to also purposely having Defendant being abused and incarcerated by Jailers, <u>to subjected Defendant for potentially being terminated in jail due to the Congestive Heart Failure Stage 4, who was also diagnosed with arrythmia, Supraventricular Tachycardia, and Bradi-Tachycardia Syndrome,</u> with <u>an injured leg</u> of intolerant to cold and weakness, <u>which was resulted from an Intentional Federal Tort, among a series of illnesses/ diagnosed codes that "some" doctor have been diagnosed Defendant during the process of</u> perpetrators <u>using Defendant as a lab-rat ILLEGALLY (exhibit # 7 )</u>

22. Consequently, Defendant-- a physically incompetent due to Congestive Heart Failure Stage 4 and unable to walk, was being struck down to the floor by at least 3 Jailer Officers when Defendant could not walk and tried to get up when my name was called. Resulted, Defendant's head got banged to the floor hard, and then followed with being strained onto a restrained chair caused more injure to head, right leg, and heart. Following with, Defendant was abused by at least 2 African which American House-Jailers on the night of and early morning of November 26, 2025, including did not allow Defendant to have the eyeglasses, especially ignored Defendant's requesting for a nurse after Defendant fail again inside the booking cell, and could not get up, until late later along with new symptoms developed…

23. If it was not all, the gross negligence of fraudulent concealment of the Social Security Administration, on having Defendant arrested was once again induced another medical abuses of the perpetrators to the Defendant at the Emergency Room visits, when Defendant reached out for help due to the on & off: sharp headache, blur vision, more weakness and lost feeling in leg, sharp & severe chest pain and shortness of breaths that woke Defendant up, including abused the hospital's EPIC system to altering Defendant's heart rates of __97__ down to __81__, and respiration of __27__ down to __14__, <u>to derivatively and brutally generate a wrongful diagnose of Defendant have mental illness of "paranoid delusion", similar to Defendant has been defaming since 2020, as an excuse for a massive civil wrong</u>.

24. Additionally, SSA's ongoing abused, conspired with the perpetrators to have Defendant arrested on November 26, 2025, <u>was also an arrangement for arresting, and having Defendant's vehicle not impounded</u>[3], so that the <u>perpetrators could break-into Defendant's vehicle to not only stole/ compromised the Court evidence inside Defendant's car, and financially abused Defendant, but also physically abused Defendant every time Defendant entering the car after it was</u> manually <u>locked.</u> In which has been caus<u>ing</u> more exertions and damages to Defendant's Heart Failure. As a result, the damages from the (Defendant could not use the auto lock feature due to the peperator's

---

[3] Defendant was first thought Travis County Officer M. gave Defendant a favor for not impound Defendant's car due to abuse. Defendant's financial hardship, but by asking Defendant to leave Defendant's bag inside my car, followed with Defendant's vehicle was break-in by the same perpetrators who has access to the surveillance bug in Defendant's vehicle, and Court evidences inside Defendant's vehicle got mis-placed/stolen/ compromised, etc..

perpetrator's car crash arrangement struck Defendant about 200 FT from a former attorney's home office, about 3 hours after Defendant signed off the lawsuit, a former cause of Civil Action No. 4:24-cv-01231/ C.O.A. Fifth Circuit Case No. 25-20505, in which has not yet been completed fixing due to the perpetrators also defrauded Defendant's auto claim benefits.

25. Herein, Defendant would like to raise a question of, <u>why Austin Police Officer, Maestas suggested Defendant to live my purse inside my car, after he searched through each folder that Defendant kept my legal documents? Especially what was the reason for not record the important matter that Defendant requested to make sure he records his report, that Defendant's second request for submitting the "appealing paperwork" to the SSA Specialist has not yet completed. Regardless he did not respond to Defendant's request and turned Defendant around and hand-cuffed Defendant in SSA Field Office, but he did assure Defendant when we arrived at the Travis County Jail shortly after he parked, that he would. However, none of these was recorded on his Affidavit.</u>

26. Furthermore, Travis County Police Officer did not conduct proper investigations, did not listen to both sides of the matters. Especially, Officer Maestas did not willing to listen to Defendant addressing the outrageous misconducts of the Mr. Randy, a SSA Specialist, and a Security Guard of SSA, Mr. Freddy on establishing fraud case—withheld the true fact to the local law enforcement in such situation, but could only focus on having Defendant arrested. Derivatively, Officer Mastrae fail to protect a civilian under the justice laws, in which authority he was given under oaths.

27. Especially, Officer Maestas accused Defendant for not leaving the SSA Field Office, after he issued a verbal warning of Case Number for a criminal trespass arresting, as he described within his Affidavit (**exhibit #9 – page # 2**) was even more wrong and out of the ethical conduct. As a result, Defendant did want to leave and was intended to leave after Officer M. provided a Case No. with recording the event of the incident, especially Defendant's second request of submitting the appeal paperwork requesting a hearing with the Administrative Law Judge, to SSA did not get completed. ( exhibit # 4 ).

28. Nevertheless, Officer M. did not give Defendant any warning arresting case no., until Defendant requested him. Secondly, after he wrote a Case No. _____ on Defendant's paper, Defendant requested Travis County Police Officer Maestas, to ensure he includes the reason of Defendant's second request of submitting the appeal document for the SSA Disability Benefit was not completed/ accepted by the SSA Specialist on that day, as a result Defendant had a deadline of November 29, 2025, so Defendant can leave because such note from the police officer is very important for Defendant's situation and appealing

process. <u>Officer Maestas did not response to Defendant's request nor taking any notes since he arrived, but instead arbitrary turned Defendant around and handcuffed Defendant.</u>

29. Especially Defendant also shown Defendant's appeal document to Officer Maestas as a second reason Defendant came to the SSA Field Office for, in Defendant which also checked in with the Security Guard, Mr. Freddy, but did not get served, regardless he advised Defendant go only get one ticket.... Defendant also insisted to wait for the Officer arrived to record the abuses & misconducts of SSA staffs, <u>because these matters will be crucial for Defendant's SSA Disability Application being defraud by SSA insider fraud. When Officer asked Defendant about the problem, Defendant addressed the issue of not able to leave and sought Officer Maestas and Mr. Randy to have Defendant's appealed document to be stamped like SSA normally do for the citizen's submission on that day, as an indication of Defendant comply with SSA guidelines</u>.

30. As a result, Defendant's deadline is November 29, 2025, and numerous of Defendant's prior appealed & support document being trashed by SSA insider fraud. Defendant spoke very clear and re-emphas*ized the matter* on the front of Officer Maestas' body camera to avoid Defendant has an English language barrier, but Officer Maestas, nor SSA Specialists took any of Defendant's request into consideration, did not carry out its standard practice to serve the citizen, but instead arbitrary have Defendant arrested, followed with by concealing the true matters on the affidavits / "Affidavit For Warrant of Arrest and Detention" (**exhibit # 9:** page # _2_, # _3_, # _4_ ), in which Defendant was able to obtained these document for the first time, on December 4, 2025 since being arrested on November 26, 2025.

31. Furthermore, Defendant has a critical illness of Congestive Heart Failure Stage 4 without treatment or any guidance from a cardiologist, and still could not properly handle the arrythmia symptoms when it arises, nor able to control the cold temperature of Defendant's injured right leg due to an intentional tort since October 8, 2019, nor to prevent it from not submerging into freezing up, lost feeling and could not walk. On the top of that Defendant was being used as a lab-rat illegally for bio-engineering experimentation on neuroscience, 24/7 neuro-science hunted / cyber-electromagnetic harassed & tortured by the perpetrator, effectuated more damages not only to Defendant's heart electrical system, but also neurological system, which has also constituted to Defendant could nor recover after surgery, and has been walking with ½ my foot after hip surgery *since* around 2020.... In such described situation and must walking, Defendant do need crutches or wheelchair for mobilization, and requested Officer M. to have the crutch inside Defendant's car bringing with Defendant to jail, just in case Defendant submerge into the cardiac stroke, or arrythmia arising whereas Defendant might not able to walk with the injured right leg, and needing the crutch to walk, but

Officer M. did not allow Defendant to have the crutch.

32. Additionally, when Defendant started to lost feeling in right leg sitting on the back of the cop car with strong AC blowing, Defendant multiple times requested to have the AC low down, preventing Defendant would lose feeling in leg due to its weakness, intolerant for cold due to lacking of blood circulation, a result of an intentional tort, but none of Defendant's requests were allowed. Resulted, Defendant was struck down by at least 3 Jailer Officers for could not able to walk, followed with being strained onto a Restraint Chair [4], and head-covering with a net bag, such abusive matters and abuse of discretion invoked another Federal Tort.

33. If it was not all, Defendant was then being recorded on the jailing paperwork with, "unable to sign due to behavior...", regardless on the way going to the booking cell, Defendant did ask the Jail Officers for signing the check-in paperwork including items inside Defendant's purse, but the Jail Officer stated that Defendant did not have to sign, etc.. Herein, Defendant would like to raise a question is that, what are the guidelines and procedure for prisoner who was not able to walk, and having a Heart Failure? And why a prisoner who was physically incompetent without any words against the Jailer Officer, nor having any behaviors, nor having any strength nor any intentions to fight with the Jailer Officers, nor did not listen to the Officer was being crushed down to the floor, followed with being strained onto a Restraining Chair, and head covering with net? Furthermore, when Defendant needing to pee, Defendant was not allowed, and have to pee in _Defendant's pant_ sitting on the Restraining Chair, submerging in the cold for hours...

34. With the described above, Defendant asserts that the state prosecution for "criminal trespass" is retaliatory, targeting Defendant for engaging in federally protected activities; especially, the state held a part of causing Defendant's personal injure, to an extended the Texas Workforce Commission stated that, "we owed you once" and advised Defendant to contact Health & Human Services for assistance. Additionally, Defendant has been prosecuting the state for involving/wrongfully arrested Defendant on March 10, 2025, within Civil Action No. 4:24-cv-01231.

35. Especially, Defendant was subjected for being used as a lab-rat illegally, being ruined by the perpetrators, due to the racketeer corruption, <u>whereas about 95% of these abusers/ perpetrators are African American, including those men involved in "hi-jacking"/ swapping/ abusing Defendant's eyeballs, chipping Defendant's ears, trespassing into Defendant's homestead non-stopped to perform their heinous crimes, abusing Defendant's brain by using the illegal neuroscience device: toying with Defendant's brain & treating Defendant like an animal, a robot throughout these years, especially</u>

---

[4] A restraint chair is a type of physical restraint that is used to force an individual to remain seated in one place to prevent injury and harm to themselves or others. They are commonly used in prisons for violent inmates and hospitals for out-of-control patients.

involving in sexually assaulting Defendant, to an extend they often leave bruises on Defendant's upper thighs and upper arms in ~2021, 2022, and the first quarter of 2023...

36.     Furthermore, these abusive matters have invoked the Federal Tort Claim Acts, and the International Human Right Violations, among various federal offenses that Defendant has been prosecuting within Civil Action No. 4:24-cv-01231, which was pending for the Chief Circuit Judge to review and adjudicate Defendant's Emergency Petition for Writ of Mandamus against U.S. District Judge George C. Hank for remanding Defendant's case back to the state, while the state District Court of Harris County, TX whom was no longer has any jurisdiction over Defendant's matters. Especially the District Court of Harris County, Texas—who has also involved in Petitioner's case, engaged in the Judicial Misconducts, swapped Petitioner's petition, motion, affidavit, and exhibits, <u>induced multiple platforms to house the fraud legal documents, to defraud Petitioner, and defraud the Justice System of the United States, such outrageous misconducts is a CRIMINAL OFFENSE, and is OBSTRUCTION OF JUSTICE</u>.

37.     Most importantly, <u>Defendant's case 4:24-cv-01231 was also consisted the factors in relation to the Central Intelligent Agency; Department of Public Safety (DPS) Region 2 Headquarters' Criminal Investigation Division Agent, Tarishel West stated that, "only C.I.A. can help" Defendant</u>. Following with in 2023, Federal Bureau Investigation Special Agent J.O., who has been diligently assisted Defendant, including spending time after 5:00PM to educated Defendant about the "public corruption", who also stated that, "<u>I will push as far as I can...</u>", etc.. With these typical described matters, <u>Defendant should be considered as a federal crime victim, and should be protected by the federal agency, pursuant to Victims' Rights and Restitution Act (VRRA)</u>, not being abused by any agency in relation to the matters, nor being arrested when Defendant has a legitimate business, lawful purposes, and legal rights to receiving the services; especially not at SSA, as a result SSA hold the essential key to prevent Defendant from being abuses, who was also has an authority and resources to assisting Defendant to recouping my well-being.

38.     Furthermore, when Defendant numerous times tried hard to work with each individual agency to rectify their internal affairs, to minimizing the damages, not only benefiting Defendant, but also for the agency benefits on minimizing the damages, as well as stopping the corruption and the Healthcare fraud. Instead, Defendant constantly being abused non-stopped, especially being defrauded by an importantly federal agency of the United States, the Social Security Administration, especially repeatedly being issued with trespass warning multiple times, at least 4 times in relation to SSA frauds, and a "criminal trespass" arrest on November 26, 2025. *surrounded Defendant's Congestive Heart Failure matters.*

39. With the described above, Defendant does have legitimate and significant rights and reasons to move the Defendant's criminal prosecution from the state court of Travis County Court # 9 to the federal, the U.S. District Court for Southern District of Texas. **As a result this "criminal trespass" prosecution invoked federal offenses, such as the Federal Tort Claim Act, among others, especially this prosecution case, C-1-CR-25-21414, intrinsically linked to the existing Civil Actions: 24-cv-01231, 24-cv-01997, and 24-cv-01230.** Whereas these're all consisted the involvements of the Social Security Administration, an important federal agency of the United States of America, who has been repeatedly and abusively misusing Defendant's identity, specifically Defendant's Social Security Numbers, to conduct frauds; regardless its outrageous and illegal acts have been placing Defendant's life in the danger zone, *including subjecting for fatal*.

## C. REQUEST FOR UNSEAL THE CRIMINAL PROSECUTION & MOTIONS

40. This case **was involved a "criminal trespass" – a charge from an important federal agency, the Social Security Administration (SSA)**. Whereas it was also involved the sensitive crimes of the aggravation of the identity theft, occurred to Defendant right inside the SSA Field Offices, by SSA Supervisors & Specialists/ insider fraud corruptibly handling and violating the citizen's Civil Rights, for involved in filing Defendant as a deceased person, followed with created a new Social Security Number (SSN), and new SSN card, and withheld the Defendant's Social Security Number (SSN) and SSN Card from Defendant, to purposely & abusively misusing it, to conducting the money laundering businesses. In which also invoked the Healthcare Fraud, wasting the tax payer's dollars. Especially, the described matter was also derivatively induced from a personal injury case, which was resulted from an intentional tort, that invoked the Federal Tort Claim Act (FTAC), as well as R.I.C.O. (Racketeer Influenced and Corrupt Organizations) ACT... that could impact public interest.

41. There was also a legal standards of Defendant's ongoing abuses matters that occurred to Defendant at the Social Security Administration, especially the SSA insider fraud involved in recording that Defendant was a deceased person in the prior year, fail to carry out its standardization of practices to serve the citizen, among other illegal acts that have been prosecuting within the Third Amended Petition of Civil Action No. 4:24-cv-01997, as well as within the Emergency Petition for Writ of Mandamus, Case No. *25-20446*, and typical matters listed within this motion. Whereas the information is necessary for the legal process in the criminal prosecution vs. an allegation transitioned into criminals. In which also derived the past behavior

might affect sentencing, or demonstration a pattern of misconducts. Therefore, Defendant urged to have all of <u>Defendant's prosecutions including all motions, affidavits and exhibits to be UNSEALED and DISCLOSED to the public.</u>

## D. FEDERAL QUESTION IMPLICATED

42. The wrongful arrest is preempted by federal law because:

   a. It interferes with federal judicial functions;

   b. It retaliates against protected federal participation;

   c. It burdens federally protected rights enforceable under 42 U.S.C. § 1983 and § 1985.

## E. PROCEDURAL REQUIREMENTS

43. This Notice of Removal is timely under 28 U.S.C. § 1455(b).

44. A copy of all process, pleadings, and orders from the state court case is attached as Exhibit 9—certified documents Defendant obtained from the Criminal Court Clerk – Record Management Division.

45. This Notice of Removal is being filed to the state court, in-person filing to the Travis County Court Clerk, and will be served via by Defendant in-person on or by December 9, 2025 to the prosecutor—Travis County Attorney Delia Garza's Office.

46. As a result, Defendant was still in Austin, TX since after released from Travis County Jail, to also mainly utilize the resources at the Laura Bush Community Library and Rio Grant Community Library to research to draft this legal document and other available resources, to avoid being cyber-crime attacked and cyber-bullied abusively occurring to the Defendant, like Defendant has been experiencing in the past more than 5 years in Defendant's home town, Houston & Greater Houston areas. Additionally, Defendant is waiting for Travis County Sheriff to assist with an Official Report of Defendant's vehicle being boke-in, while Defendant was in jail, so Defendant can have the car's door fixed. As soon as Defendant completed submitting this Notice of Removal and the Sheriff's incident report, Defendant will go back home in Houston, and personally **file this Notice of Removal to the U.S. Federal Court for Southern District of Texas – Houston Division on or before December 11, 2025**.

## F. REQUEST FOR RELIEF

47. WHEREFORE, Defendant respectfully requests that this Court.

48. Accept removal of this case from the TRAVIS COUNTY COURT # 9 to the U.S. District Court for Southern District of Texas – Houston Division.

49. Accept Defendant's cancellation of the Court Appointed Attorney.

50. Exempt Defendant from paying the requested service Bail-Bond amount of $40.00, or any further incurring amount.

51. Exempt Defendant from attending any subsequent hearing, including the hearing scheduled for December 11, 2025 at 9:30 AM.

Respectfully Submitted,

_[signature]_

Petitioner, **Van Thi-Hanh Trinh, Pro Se** (Temporarily)

December 8, 2025 @ 2:15 p.m.
Date & Time Signed

**Home & Mailing Address:** 16903 Himley Drive, Cypress, Texas 77433

**NOTE:** I am a victim of Human Rights Abuses, being used as a lab-rat **ILLEGALLY** for bio-engineering experimentation on neuroscience, neuroweapon, including being subjected for becoming a victim of identity theft, **massive frauds** [5]**, mail frauds**, and crime—a target for perpetrator's human hunting business, a source core for Civil Action No. 4:24-cv-01231, intrinsically linked to Civil Actions: 4:24-cv-01230 & 4:24-cv-01997. I was 24/7 monitoring/surveilling by the perpetrators, through the **illegal** neuroscience devices via Brain Computer Interface (BCI), and the "hi-jacked"/swapped/ abused eyeballs, microchipped ears, numerous phone lines & emails being compromised—one after another, U.S. Postal mails also being compromised & defrauded... Therefore, all legal communications, presentations are required to be conducted in-person, or via Certified Mail with Restrict Delivery, whereas my Driver License and signature is required for authentication upon receiving. Please note that, any Counsel represents me without my present **in-person**[6] is a **FRAUD Counsel, or Counsel engaged in commit fraud.**

---

[5] There's online resource recorded that Petitioner was represented by an attorney, Kendal Yow from QSLWM, www.qslwm.com Bryan Tower * 2001 Bryan St. Suite 1800 Dallas, TX 75201. In which was a fraud scheme of the perpetrator, as a result perpetrator conspired with attorney Kendal Yow, and JP Morgan Chase Bank insider fraud trying to steal Petitioner's homestead since around 2024. Whereas Petitioner prosecuted the matters within Civil Action No. 4:24-cv-01230.

[6] Conference call is not a secured authentication method, as a result Artificial Intelligent (AI) Technology has been using by the perpetrators to commit the financial frauds. Typically, while I was on the way driving to the Mayo Clinic in Rochester, MN, these perpetrators has used AI to call my sister from Ohio, and have her deposit money for me and defrauded my sister.

# SWORN AFFIDAVIT SUPPORTING THE MOTION

In the State of Texas, County of ___Travis___. I, **Van Thi-Hanh Trinh**, being duly sworn, affirm & says that I completed this motion to prosecute the wrongful arrests for the "Criminal Trespass", consisted factors of Conspiracy Against Rights, conspiratorial from the perpetrators-- who has been using me as a lab-rat for bio-engineering experimentation on neuro-science/ neuroweapon in the past more than 5 years, due to the racketeer corruption. In which also consist the factors related to the Central Intelligence Agency; Department of Public Safety's Criminal Investigation Division Agent, Tarishel West stated that, "only C.I.A. can help" me...

Consequently, <u>I become a target for these perpetrators' human hunting business, including abusing my brain, "hi-jacking"/ swapping & abusing my eyeballs, chipping my ears, constantly cyber-electromagnetic harassing and torturing me 24/7, as well as using the electromagnetic frequencies to attack me after I fell asleep, sexually assaulted me, replicated my house keys, non-stopped trespass into my home to perform their heinous crimes</u>, ritual abuses, damaged my property, opened my home to show to the potential buyers, followed with fraudulently sold my homestead, conducted elder abusing my Dad, swapped the court evidence, swapped my laptop, swapped my soda, pee-ed in my sugar jar & carpet, especially had me being arrested wrongfully, repeatedly arrested to abusively targeting and effectuating my Congestive Heart Failures and the identity theft/corrupted matters occurred to me at the Social Security Administration which involved its insider fraud..., <u>whereas about 95% of these abusers/ perpetrators are African American</u>, Every single statement of facts I documented within my petitions, motions, exhibits, and affidavits are true and correct to best of my knowledge. <u>I sign this affidavit, not under duress nor I am "mentally ill"</u>. *also consisting of the Hate Crime.*

In addition, I have taken numerous serious oaths throughout the months and years, on numerous of my sworn affidavits, which have been filed at the District Court of Harris County, Texas, as well as at the U.S. District Court for Southern District of Texas. Furthermore, on September 1, 2021, I, **Van Thi-Hanh Trinh** stood up and raised my hand in tears, on the front of three Department of Public Safety (DPS) Criminal Investigating Division (CID) Agents: Pace, Lucas, and Tarishel West, that I did not make up any of the matters I have reported to them. If I made up my statement of facts, and the people involved in my case, I will die **INSTANTLY** in a car accident on the way driving back home to Cypress, TX, from their offices-- the DPS Region 2 Headquarter, located at 12230 West Rd, Jersey Village, TX 77065, an approximately 30 minutes driving. <u>I have been living up until today, December 8, 2025 is a testimony to God and everyone.</u>

Additionally, **UNDER PENALTY OF PERJURY**, THE 28 U.S. CODE § 1746 - UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY, I hereby declare and affirm that the above-mentioned statements are true and correct to be the best of my knowledge. If I made up any of the statement of facts or people involved in my cases, I <u>deserve for the U.S. Government place I on the Electric Chair and electrocute me.</u>

_____  
Affiant's Signature = VAN THI-HANH TRINH

December 8, 2025 @ 2:15 p.m.  
Date & Time Signed

~~~~~~~ **PUBLIC NOTARY ACKNOWLEDGEMENT** ~~~~~~~

I, ___DANA RUTH KIM___, a Notary Public of ___TRAVIS___ County and State of ___TX___ aforesaid, hereby certified that ___VAN THI HANH TRINH___ (Affiant's Name) known to me to be the affiant in the foregoing affidavit, who appeared before me this day and having been by me duly sworn, and says that the facts set forth in the above affidavit are true, and correct to the best of her knowledge. Witness my hand and official seal this the ___08___ day of ___DEC___, 2025.

_____  
Notary Public Signature

DANA RUTH KIM  
My Notary ID # 135540835  
Expires November 20, 2029

(SEAL)